Jonathan T. Suder *(admitted Pro Hac Vice)*
Corby R. Vowell *(admitted Pro Hac Vice)*
Todd I. Blumenfeld (*Pro Hac Vice to be filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Benedict O'Mahoney (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Ph.: 408-299-1200
Fax: 408-998-4895
Email: bomahoney@terralaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

Vincent J. Belusko (CA Bar No. 100282)
Martin M. Noonen (CA Bar No. 169061)
Alex S. Yap (CA Bar No. 241400)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Ph.: 213.892.5200
Fax: 213.892.5454
mnoonen@mofo.com
vbelusko@mofo.com
ayap@mofo.com

Danielle Coleman (CA Bar No. 248456)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Ph.: 415.268.7000
Fax: 415.268.7522
dcoleman@mofo.com

Attorneys for Defendant
RESEARCH IN MOTION CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | CASE NO. 5:12-cv-05544-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING THE STIPULATION OF EXTENSION OF TIME FOR INFRINGEMENT CONTENTIONS** |
| RESEARCH IN MOTION CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

1          Recognizing the Notice of Settlement and Stipulation for Extension of Time for

2    Infringement Contentions filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant

3    Research In Motion Corporation ("Defendant"), it is

4          ORDERED that the deadline for Plaintiff to serve its Infringement Contentions to

5    Defendant is extended to February 28, 2013.

6

7    Signed this 21 day of February , 2013

8                                                    _____

9                                                    HONORABLE LUCY H. KOH
                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1