| | |
|---|---|
| Jonathan T. Suder *(admitted Pro Hac Vice)*<br>Corby R. Vowell *(admitted Pro Hac Vice)*<br>Todd I. Blumenfeld (*Pro Hac Vice to be filed*)<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Telephone: (817) 334-0400<br>Facsimile: (817) 334-0401<br>Email: jts@fsclaw.com<br>Email: vowell@fsclaw.com<br>Email: blumenfeld@fsclaw.com<br><br>Benedict O'Mahoney (Bar No.152447)<br>TERRA LAW<br>177 Park Avenue, Third Floor<br>San Jose, California 95113<br>Ph.: 408-299-1200<br>Fax: 408-998-4895<br>Email: bomahoney@terralaw.com<br><br>Attorneys for Plaintiff<br>SOFTVAULT SYSTEMS, INC. | Vincent J. Belusko (CA Bar No. 100282)<br>Martin M. Noonen (CA Bar No. 169061)<br>Alex S. Yap (CA Bar No. 241400)<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024<br>Ph.: 213.892.5200<br>Fax: 213.892.5454<br>mnoonen@mofo.com<br>vbelusko@mofo.com<br>ayap@mofo.com<br><br>Danielle Coleman (CA Bar No. 248456)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Ph.: 415.268.7000<br>Fax: 415.268.7522<br>dcoleman@mofo.com<br><br>Attorneys for Defendant<br>RESEARCH IN MOTION CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION CORPORATION,<br><br>    Defendant. | CASE NO. 5:12-cv-05544-LHK<br><br>**[PROPOSED] ORDER GRANTING THE STIPULATION OF EXTENSION OF TIME FOR INFRINGEMENT CONTENTIONS**<br><br>JURY TRIAL DEMANDED |

1 | Recognizing the Notice of Settlement and Stipulation for Extension of Time for Infringement Contentions filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant Research In Motion Corporation ("Defendant"), it is

ORDERED that the deadline for Plaintiff to serve its Infringement Contentions to Defendant is extended to February 28, 2013.

Signed this 21 day of February, 2013

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE