1  Jonathan T. Suder (admitted Pro Hac Vice)
   Corby R. Vowell (admitted Pro Hac Vice)
2  Todd I. Blumenfeld (*Pro Hac Vice to be filed*)
   FRIEDMAN, SUDER & COOKE
3  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
4  Fort Worth, Texas  76102
   Telephone:  (817) 334-0400
5  Facsimile:  (817) 334-0401
   Email:  jts@fsclaw.com
6  Email:  vowell@fsclaw.com
   Email:  blumenfeld@fsclaw.com
7
   Benedict O'Mahoney (Bar No.152447)
8  TERRA LAW
   177 Park Avenue, Third Floor
9  San Jose, California 95113
   Ph.:  408-299-1200
10 Fax:  408-998-4895
   Email:  bomahoney@terralaw.com
11
   Attorneys for Plaintiff
12 SOFTVAULT SYSTEMS, INC.

Vincent J. Belusko (CA Bar No. 100282)
Martin M. Noonen (CA Bar No. 169061)
Alex S. Yap (CA Bar No. 241400)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
Ph.: 213.892.5200
Fax: 213.892.5454
vbelusko@mofo.com
mnoonen@mofo.com
ayap@mofo.com

Danielle Coleman (CA Bar No. 248456)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Ph.:  415.268.7000
Fax:  415.268.7522
dcoleman@mofo.com

Attorneys for Defendant
RESEARCH IN MOTION CORPORATION

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                              **SAN JOSE DIVISION**

17

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION CORPORATION,<br><br>Defendant. | CASE NO. 5:12-cv-05544-LHK<br><br>**PLAINTIFF SOFTVAULT SYSTEMS, INC. AND DEFENDANT RESEARCH IN MOTION CORPORATION'S JOINT MOTION TO DISMISS**<br><br>JURY TRIAL DEMANDED |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and their License and Settlement Agreement, Plaintiff SoftVault Systems, Inc. and Defendant Research In Motion Corporation hereby move the Court to: (1) dismiss with prejudice all claims asserted by Plaintiff SoftVault Systems, Inc. and (2) dismiss without prejudice all counterclaims raised by Defendant Research In Motion Corporation. SoftVault Systems, Inc. on the one hand, and Research In Motion Corporation, on the other hand, agree that each party shall bear their own fees and expenses.

A proposed order is being filed herewith.

DATED: February 22, 2013                              Respectfully submitted,

By: /s/ Corby R. Vowell                               By: /s/ Vincent J. Belusko (with permission)

FRIEDMAN, SUDER & COOKE                               MORRISON & FOERSTER LLP
Jonathan T. Suder                                     Vincent J. Belusko
Corby R. Vowell                                       Martin M. Noonen
Todd I. Blumenfeld                                    Alex S. Yap
                                                      Danielle Coleman
TERRA LAW
Benedict O'Mahoney                                    Attorneys for Defendant
                                                      RESEARCH IN MOTION
Attorneys for Plaintiff                               CORPORATION
SOFTVAULT SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of California, San Jose Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Corby R. Vowell

1