Jonathan T. Suder (admitted *Pro Hac Vice*)
Corby R. Vowell (admitted *Pro Hac Vice*)
Todd I. Blumenfeld (admitted *Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Benedict O'Mahoney (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Ph.:  408-299-1200
Fax:  408-998-4895
Email:  bomahoney@terralaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION CORPORATION,<br><br>         Defendant. | CASE NO. 5:12-cv-05544-LHK<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>JURY TRIAL DEMANDED |

Before the Court is Plaintiff SoftVault Systems, Inc. and Defendant Research In Motion Corporation's Joint Motion to Dismiss. Having considered the motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that (1) all claims of Plaintiff SoftVault Systems, Inc. are dismissed with prejudice and (2) Defendant Research In Motion Corporation's counterclaims in this case are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' License and Settlement Agreement. Each party shall bear their own fees and expenses.

The Clerk shall close the file.

Signed this 13 day of March, 2013.

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1